No. 95–8642. PRINGLE v. GILLIS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT COAL TOWNSHIP, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–8649. AYARS v. NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.

No. 95–8657. DAVIS v. UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied.

No. 95–8669. CURLEY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 95–8688. HARRIS v. JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 95–8690. TILLI v. VAN ANTWERPEN, JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied.

No. 95–8700. DANGER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 95–8701. HAYNES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 95–8711. LAPIERRE v. KINCHELOE, SUPERINTENDENT, SPRING CREEK CORRECTIONAL CENTER. C. A. 9th Cir. Certiorari denied.

No. 95–8731. BRANCH v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 95–8733. HUTCHING v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 95–8737. SHAVERS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 95–8738. ARIAS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 95–8739. CASTORENA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.